# EXHIBIT B

Charted Claims:

Method Claims: 1,3,7

US7184405 Vs Hitron

| Claims | Hitron Wireless Cable Gateway Series ("the accused product") | Specs Support |
|---|---|---|
| 1. A method for setting up a connection for a communication network having a multiplicity of network nodes networked via links, comprising: | *The accused product practices a method for setting up a connection for a communication network (e.g., Wi-Fi) having a multiplicity of network nodes (e.g., the accused product) networked via links.*<br><br><br><br>*Source: Datasheet of the accused product*<br><br>*As shown below, the accused products form a mesh network (i.e., communication network) via Wi-Fi links. It utilizes IEEE 802.11s standard to provide wireless mesh network functionality.* | *[5:31-41] ("To simplify the discussion, an hierarchically flat so-called PNNI (Private network node interface for ATM networks) network is considered as the communication network. This is shown diagrammatically in Figure. The communication network includes a multiplicity of network nodes NK connected via links LL, only a few network nodes being provided with reference symbols for the sake of clarity. One network node ZK and one network node TK are especially marked. The following method sequences described on the example of the network node ZK are correspondingly also* |

**Wireless**
- 802.11b/g/n
- 3T3R 2.4GHz single band with 450Mbps PHY data rate
- 20/40 MHz channel bandwidth
- Up to 8 BSSIDs
- Security: WEP-64/WEP-128, WPA-PSK/WPA2-PSK
  (TKIP/AES), WAPI
- QoS: WMM/WMM-PS
- Mesh Network: 802.11s - WPS (Wi-Fi Protected Setup)
  PBC, PIN

*Source: Datasheet of the accused product*

**5.2.14.1 General**

The IEEE 802.11 mesh facility provides MAC enhancements to support wireless LAN mesh topologies. The mesh facilities are available to mesh STAs that belong to a mesh BSS (MBSS). For a mesh STA that has not become a member of an MBSS, only the mesh discovery service is available. The enhancements that distinguish mesh STAs from non-mesh STAs are collectively termed the "mesh facility". The mesh-specific mechanisms vary among implementations.

**5.2.14.2 Overview of the mesh BSS**

A mesh BSS is an IEEE 802.11 LAN consisting of autonomous STAs. Inside the mesh BSS, all STAs establish peer-to-peer wireless links and transfer messages mutually. Further, using the multi-hop capability, messages can be transferred between STAs that are not in direct communication with each other over a single instance of the wireless medium. From the data delivery point of view, it appears as if all STAs in a mesh BSS are directly connected at the MAC layer even if the STAs are not within range of each other. The multi-hop capability enhances the range of the STAs and benefits wireless LAN deployments.

*performed by the other network nodes NK.")*

FIG 2



*https://standards.ieee.org/standard/802_11s-2011.html*



*https://standards.ieee.org/standard/802_11s-2011.html*

| determining routes to destination network nodes of connection destinations for the network nodes; | *The accused product practices determining routes to destination network nodes (e.g., the accused products) of connection destinations for the network nodes (e.g., the accused products).*<br><br>*As shown below, the accused product follows IEEE 802.11s standard. According to the standard, each device scans the communication network to find peer devices and establishes mesh peering. Each device finds route to the next destination for transmission of packets in the multi-hop mesh network. The accused product determines routes to next destination device.* | *[5:52-67] & [6:1:1] ("The network node ZK initially calculates (e.g. with the aid of the Dijkstra routing algorithm) a routing tree which is assumed to have the form indicated by thickened lines in FIG. 3. The routing tree in this case consists of four different routing branches LZ1, LZ2, LZ3 and LZ4.* |
|---|---|---|

**11C.2.6 Scanning mesh BSSs**

A mesh STA shall perform active scanning or passive scanning, depending on the value of the ScanMode parameter of the MLME-SCAN.request primitive (see 11.1.3), to discover neighbor mesh STAs. Upon receipt of an MLME-SCAN.request primitive with the Mesh ID parameter set to the wildcard Mesh ID, the STA shall passively scan for any Beacon frames, or actively transmit Probe Request frames containing the wildcard Mesh ID, as appropriate, depending on the value of ScanMode. Upon completion of scanning, an MLME-SCAN.confirm primitive is issued by the MLME indicating all of the discovery information received. Further, mesh STAs shall conform to the passive scan procedure as described in 11.1.3.1 and the active scan procedure as described in 11.1.3.2.

**11C.2.7 Candidate peer mesh STA**

When a mesh STA discovers a neighbor mesh STA through the scanning process and the discovered mesh STA is considered a candidate peer mesh STA, it may become a member of the mesh BSS of which the discovered mesh STA is a member and establish a mesh peering with the neighbor mesh STA.

The discovered neighbor mesh STA shall be considered a candidate peer mesh STA if and only if all of the following conditions are met:

a) The mesh STA uses the same mesh profile as the received Beacon or Probe Response frame indicates for the neighbor mesh STA.

   NOTE—If the scanning mesh STA has not become a member of any MBSS yet, it might simply activate the same mesh profile as the discovered neighbor mesh STA's profile to fulfill this condition.

b) The Accepting Additional Mesh Peerings subfield in the Mesh Capability field in the received Beacon or Probe Response frame equals 1.

c) The mesh STA supports the data rates indicated by the BSSBasicRateSet of the received Beacon or Probe Response frame.

d) If both the scanning mesh STA and the discovered neighbor STA are HT STAs, the mesh STA uses the same BSSBasicMCSSet as the received Beacon or Probe Response frame indicates for the neighbor mesh STA.

e) If the scanning mesh STA has dot11MeshSecurityActivated set to true and the dot11MeshActiveAuthenticationProtocol is ieee8021x (2), either the scanning mesh STA has an active connection to an AS or the discovered mesh STA has the Connected to AS subfield in the Mesh Formation field in the Mesh Configuration element equal to 1 in the received Beacon or Probe Response frame.

*After that, the network node ZK sends one setup datagram each (e.g. to be defined in the context of "ATM connectionless") to its neighboring network nodes via the links coming from it. The setup datagram should not be confused with a setup message or μ setup message. The setup datagrams are used for establishing the routes and pilot VPI/VCI concatenations for all possible destination nodes before connections are set up so that setup messages or μ setup messages to be transmitted thereafter can be transmitted very rapidly*

| | | |
|---|---|---|
| | *https://standards.ieee.org/standard/802_11s-2011.html*<br><br>**11C.2.9 Establishing mesh peerings**<br><br>Mesh peerings shall be established only with candidate mesh STAs that are members of the same MBSS.<br><br>A mesh peering is established between the mesh STA and the candidate peer mesh STA after the successful completion of the mesh peering management (MPM) protocol (see 11C.3) or of the authenticated mesh peering exchange (AMPE) (see 11C.5). When establishing a secure mesh peering, mesh STAs authenticate each other and create a mesh PMKSA before processing the AMPE (see 11C.3.3).<br><br>A candidate peer mesh STA becomes a peer mesh STA when a mesh peering is established between the two mesh STAs.<br><br>*https://standards.ieee.org/standard/802_11s-2011.html* | *with the aid of the pilot VPI/VCI concatenations which are then available.");* **[7:24-31]** *("The routing tree shown in the drawing has been determined by using as a basis information on the entire network structure, with the optimization criterion of specifying the shortest path to the pilot destination node ZK in each case from each network node. μ setup messages ATMZ to be sent out thereafter can thus come from any network node as originating network node and will always be transmitted to the pilot destination node ZK on the shortest path.").*<br><br> |
| allocating, in the network nodes, an | *The accused product practices allocating, in the network nodes, an allocation rule (e.g., active path selection protocol) based on the determined routes, wherein, based on the allocation rule,* | **[3:59-67]** *("In the connection setup message* |

| | | |
|---|---|---|
| allocation rule based on the determined routes, wherein, based on the allocation rule, a forwarding information item is allocated to a link leading to the destination network node and to a new forwarding information item for each destination network node; and | *a forwarding information item is allocated to a link leading to the destination network node and to a new forwarding information item for each destination network node.*<br><br>*According to IEEE 802.11s standard, an active path selection protocol is followed to select the best route for data transmission to a destination node. A mesh configuration element which is used to advertise mesh services provides information about the protocol which is allocated or followed in the network.*<br><br>**7.3.2.98 Mesh Configuration element**<br><br>**7.3.2.98.1 General**<br><br>The Mesh Configuration element shown in Figure 7-95o130 is used to advertise mesh services. It is contained in Beacon frames and Probe Response frames transmitted by mesh STAs, and is also contained in Mesh Peering Open and Mesh Peering Confirm frames.<br><br><br><br>**Figure 7-95o130—Mesh Configuration element format**<br><br>https://standards.ieee.org/standard/802_11s-2011.html | *which is frequently also-called setup message, data fields containing various connection parameters, as a rule, are provided for this purpose and are evaluated in the network nodes receiving the setup message. The transmission parameters established by the setup message apply to all data packets to be transmitted in the connection set up and do not therefore need to be specified in each one of these data packets.");* **[4:62-67] & [5:1-7]** *("The negotiable VPI/VCI proposal for the useful data packets in the prior art is replaced, according to the invention, by a forwarding information item, called pilot VPI/VCI, for the µ setup method ATMZ itself in the µ setup message ATMZ. The pilot VPI/VCI is used in each transit network node for determining an ongoing link and an ongoing pilot VPI/VCI which are* |

### 7.3.2.98.2 Active Path Selection Protocol Identifier

The Active Path Selection Protocol Identifier field indicates the path selection protocol that is currently activated in the MBSS. Table 7-43bj1 provides path selection protocol identifier values defined by this standard.

**Table 7-43bj1—Active Path Selection Protocol Identifier field values**

| Value | Meaning |
|-------|---------|
| 0 | Reserved |

https://standards.ieee.org/standard/802_11s-2011.html

**Table 7-43bj1—Active Path Selection Protocol Identifier field values** *(continued)*

| Value | Meaning |
|-------|---------|
| 1 | Hybrid wireless mesh protocol (default path selection protocol) defined in 11C.9 (default path selection protocol) |
| 2–254 | Reserved |
| 255 | Vendor specific (The active path selection protocol is specified in a Vendor Specific element) |

https://standards.ieee.org/standard/802_11s-2011.html

*allocated to the received pilot VPI/VCI in the transit network node, within a very short time. For example, a corresponding switching or translation table, preferably a hardware table, can be indexed by a received pilot VPI/VCI. In this manner the μ setup message ATMZ can be transmitted at the speed of useful data ATM cells to the respective destination node.");* **[6:25-43]** *("A network node receiving a setup datagram calls up a processing routine which recognizes immediately ongoing links and the source routing information, in each case to be forwarded by these links, of the respective adjoining routing branch, by means of the received source routing information. The network node assigns to each detected ongoing link a "continuation" pilot VPI/VCI and generates entries for the switching table, in such a manner that*

#### 5.2.14.5.9 Mesh path selection and forwarding

Mesh path selection enables path discovery over multiple instances of the wireless medium within a mesh BSS. The overview of the mesh path selection framework is described in 11C.7. The hybrid wireless mesh protocol (HWMP) is defined as the default path selection protocol for the mesh BSS. HWMP provides both proactive path selection and reactive path selection. The details of HWMP are described in 11C.9. The path selection protocol uses link metrics in the assessment of a mesh path to the destination. The airtime link metric is the default link metric. It is defined in 11C.8.

Once the mesh path of a particular pair of the source mesh STA and the destination mesh STA is found through the mesh path selection function, mesh STAs propagate the data by the forwarding function. The details of the forwarding function are described in 9.22.

As a result of the mesh path selection and forwarding, MSDUs are transmitted among all the mesh STAs in a mesh BSS, even if the mesh STAs are not neighbor STAs of each other. Figure 5-6d depicts the MSDU transfer within a mesh BSS.



*https://standards.ieee.org/standard/802_11s-2011.html*

*As shown below, while utilizing the active path selection protocol to determine the best path to a destination node, a hop which lies in route receives a path request PREQ with a forwarding information item, wherein basic forwarding information includes destination address, next-hop address, precursor list and lifetime of the forwarding information item. If it determines it is not*

*later, if a μ setup message ATMZ should come to this network node, it can address and evaluate the correct switching table entry in order to forward this μ setup message ATMZ in the direction of the pilot destination node ZK.");*



FIG 3

*the destination it updates the forwarding information, the next-hop address, precursor list and lifetime of the forwarding information item, and transmit to the next-hop.*

This subclause describes terminology for HWMP, especially for the process of path discovery. Terms such as Path Originator or Path Target designate very specific entities within the path discovery process. They stay with the same assigned entity for the whole path discovery process and other procedures related to this path discovery. Figure 11C-4 illustrates an example utilizing this terminology.

NOTE—Both the path target and path originator are a path destination for the forward path and the reverse path respectively.

*https://standards.ieee.org/standard/802_11s-2011.html*



*https://standards.ieee.org/standard/802_11s-2011.html*

**forwarding information:** The forwarding information maintained by an originator mesh STA, an intermediate mesh STA, or a target mesh STA that allows the mesh STA to perform its path selection and forwarding functions.

The terminology used when discussing forwarding information is relative to the mesh STA (reference mesh STA, given mesh STA or local mesh STA) and a particular mesh destination of the path. The following terms are specific to a given instance of the forwarding information:

— **destination mesh STA:** The end station (mesh STA) of a (forward or reverse) path.
— **destination mesh STA address:** The MAC address of the destination mesh STA.
— **destination HWMP sequence number:** The HWMP sequence number of the destination mesh STA.
— **next-hop mesh STA:** The next-hop mesh STA is the next peer mesh STA on the mesh path to the destination mesh STA.
— **next-hop mesh STA address:** The MAC address of the next-hop mesh STA.

*https://standards.ieee.org/standard/802_11s-2011.html*

**9.22.2 Forwarding information**

Forwarding information is created by the active mesh path selection protocol and is utilized for MSDU/ MMPDU forwarding as described in 9.22.4 and 9.22.6.2.

The basic forwarding information to a destination mesh STA consists of the destination mesh STA address, the next-hop address, the precursor list, and the lifetime of this forwarding information.

An entry in the precursor list contains the precursor mesh STA address and the lifetime of this entry. If an existing entry in a precursor list is updated, the lifetime is the maximum of the current and the updated value. If the lifetime of a precursor expires, it will be deleted from the precursor list. Precursors are used to identify legitimate transmitters of individually addressed frames (see 9.22.4.2) and for the notification of link failures (in case of HWMP, see 11C.9.11).

The forwarding information shall be considered as invalid if its lifetime has expired. Also, forwarding information is marked as invalid when certain conditions are met in the processing of mesh path selection elements, e.g., path error processing in HWMP (11C.9.11.4).

The active path selection protocol may define additional parameters in the forwarding information. Details on the additional parameters of the forwarding information constructed by the hybrid wireless mesh protocol (HWMP) are described in 11C.9.8.4.

*https://standards.ieee.org/standard/802_11s-2011.html*

**11C.9.3 On-demand path selection mode**

If a source mesh STA needs to find a path to a destination mesh STA using the on-demand path selection mode, it broadcasts a PREQ with the path target specified in the list of targets and the metric field initialized to the initial value of the active path selection metric.

When a mesh STA receives a new PREQ, it creates or updates its path information to the originator mesh STA and propagates the PREQ to its neighbor peer mesh STAs if the PREQ contains a greater HWMP sequence number, or the HWMP sequence number is the same as the current path and the PREQ offers a

*https://standards.ieee.org/standard/802_11s-2011.html*

better metric than the current path. Each mesh STA may receive multiple copies of the same PREQ that originated at the originator mesh STA, each PREQ traversing a unique path.

Whenever a mesh STA propagates a PREQ, the metric field in the PREQ is updated to reflect the cumulative metric of the path to the originator mesh STA. After creating or updating a path to the originator mesh STA, the target mesh STA sends an individually addressed PREP back to the originator mesh STA.

If the mesh STA that received a PREQ is the target mesh STA, it sends an individually addressed PREP back to the originator mesh STA after creating or updating a path to the originator mesh STA.

The PREQ provides the TO (Target Only) subfield that allows path selection to take advantage of existing paths to the target mesh STA by allowing an intermediate mesh STA to return a PREP to the originator mesh STA. If the TO (Target Only) subfield is 1, only the target mesh STA responds with a PREP. The effect of setting the TO (Target Only) subfield to 0 is the quick establishment of a path using the PREP generated by an intermediate mesh STA, allowing the forwarding of MSDUs with a low path selection delay. In order to select (or validate) the best path during the path selection procedure, the intermediate mesh STA that responded with a PREP propagates the PREQ with the TO (Target Only) subfield set to 1. This prevents all other intermediate mesh STAs on the way to the target from sending a PREP.

Intermediate mesh STAs create a path to the target mesh STA on receiving the PREP, and also forward the PREP toward the originator. When the originator receives the PREP, it creates a path to the target mesh STA. If the target mesh STA receives further PREQs with a better metric, then the target updates its path to the originator with the new path and also sends a new PREP to the originator along the updated path. A bidirectional, best metric end-to-end path is established between the originator and target mesh STA.

*https://standards.ieee.org/standard/802_11s-2011.html*

**11C.9.4 Proactive tree building mode**

**11C.9.4.1 General**

There are two mechanisms for proactively disseminating path selection information for reaching the root mesh STA. The first method uses a *proactive* Path Request (PREQ) element and is intended to create paths between all mesh STAs and the root mesh STA in the network proactively.   The second method uses a Root Announcement (RANN) element and is intended to distribute path information for reaching the root mesh STA but there is no forwarding information created.

A mesh STA configured as root mesh STA sends either proactive PREQ or RANN elements periodically.

*https://standards.ieee.org/standard/802_11s-2011.html*

**10.3.86.2 MLME-HWMPMESHPATHSELECTION.request**

**10.3.86.2.1 Function**

This primitive requests that the MAC entity establish or maintain a mesh path to the specified peer MAC entity by transmitting an HWMP Mesh Path Selection frame to the specified peer MAC entity.

**10.3.86.2.2 Semantics of the service primitive**

The primitive parameters are as follows:

MLME-HWMPMESHPATHSELECTION.request(
      PeerMACAddress,
      RootAnnouncement,
      PathRequest,
      PathReply,
      PathError,
      VendorSpecificInfo
      )

| Name | Type | Valid range | Description |
|------|------|-------------|-------------|
| PeerMACAddress | MAC Address | Any valid individual or group MAC address | Specifies the address of the peer MAC entity to which the HWMP Mesh Path Selection frame is sent. |
| RootAnnouncement | RANN element | As defined in 7.3.2.112 | A set of Root Announcement elements generated by the mesh STA. Present only if the mesh STA is configured as a root mesh STA using the proactive RANN mechanism [dot11MeshHWMProotMode = rann (4)], and as described in 11C.9.12. |
| PathRequest | PREQ element | As defined in 7.3.2.113 | A set of Path Request elements generated by the mesh STA. Present as described in 11C.9.9. |
| PathReply | PREP element | As defined in 7.3.2.114 | A set of Path Reply elements generated by the mesh STA. Present as described in 11C.9.10. |
| PathError | PERR element | As defined in 7.3.2.115 | A set of Path Error elements generated by the mesh STA. Present as described in 11C.9.11. |

*https://standards.ieee.org/standard/802_11s-2011.html*

**7.3.2.113 PREQ element**

The Path Request (PREQ) element is used for discovering a path to one or more target mesh STAs, path maintenance (optional), building a proactive (reverse) path selection tree to the root mesh STA, and confirming a path to a target mesh STA (optional). The PREQ element is transmitted in an HWMP Mesh Path Selection frame (see 7.4.15.3). The format of the PREQ element is shown in Figure 7-95o156.



| Element ID | Length | Flags | Hop Count | Element TTL | Path Discovery ID | Originator Mesh STA Address | Originator HWMP Sequence Number | Originator External Address | Lifetime |
|---|---|---|---|---|---|---|---|---|---|
| Octets: 1 | 1 | 1 | 1 | 1 | 4 | 6 | 4 | 0 or 6 | 4 |

| Metric | Target Count | Per Target Flags #1 | Target Address #1 | Target HWMP Sequence Number #1 | ... | Per Target Flags #N | Target Address #N | Target Sequence Number #N |
|---|---|---|---|---|---|---|---|---|
| 4 | 1 | 1 | 6 | 4 | ... | 1 | 6 | 4 |

**Figure 7-95o156—PREQ element format**

*https://standards.ieee.org/standard/802_11s-2011.html*

The Hop Count field is coded as an unsigned integer and is set to the number of hops from the originator to the mesh STA transmitting this element.

The Element TTL field is coded as an unsigned integer and indicates the remaining number of hops allowed for this element.

The Path Discovery ID field is coded as an unsigned integer and is set to some unique ID for this PathDiscovery.

The Originator Mesh STA Address field is represented as a 48-bit MAC address and is set to the originator MAC address.

The Originator HWMP Sequence Number field is coded as an unsigned integer and is set to the HWMP SN specific to the originator.

The Originator External Address field is the MAC address of an external STA proxied by the Originator. This field is only present if the AE subfield in the Flags field is set to 1 and is represented as a 48-bit MAC address.

The Lifetime field is coded as an unsigned integer and is set to the time for which mesh STAs receiving the PREQ consider the forwarding information to be valid. The lifetime is measured in TUs.

*https://standards.ieee.org/standard/802_11s-2011.html*

**11C.9.9 Path request (PREQ)**

**11C.9.9.1 General**

This subclause describes the function, generation, and processing of the Path Request (PREQ) element.

**11C.9.9.2 Function**

The PREQ element, described in 7.3.2.113, is used for the following three purposes:

— Discovering a path to one or more targets

— Building a proactive (reverse) path selection tree to the root mesh STA

— Path maintenance (optional)

**11C.9.9.3 Conditions for generating and sending a PREQ**

A mesh STA shall send a PREQ element in an HWMP Mesh Path Selection frame, as defined in 7.4.15.3, in the following cases:

*https://standards.ieee.org/standard/802_11s-2011.html*

**Table 11C-10—Contents of a PREQ element in Case A**

| Field | | Value |
|---|---|---|
| Element ID | | Value given in Table 7-26 for the PREQ element |
| Length | | 26 + N × 11 (if Bit 6 (AE subfield) in the Flags field = 0) <br> 32 + N × 11 (if Bit 6 (AE subfield) in the Flags field = 1) |
| Flags | | Bit 0: 0 (gate announcement not applicable) <br> Bit 1: 0 (group addressed) <br> Bit 2: 0 (no proactive PREP applicable) <br> Bit 3–5: Reserved <br> Bit 6: (1 – if external address present, 0 – otherwise) <br> Bit 7: Reserved |
| Hop Count | | 0 |
| Element TTL | | Maximum number of hops allowed for this element, e.g., dot11MeshHWMPnetDiameter. |
| Path Discovery ID | | New unique Path Discovery ID, for instance, previous Path Discovery ID + 1 |
| Originator Mesh STA Address | | MAC address of the path originator |
| Originator HWMP Sequence Number | | Previous Originator HWMP SN + 1. See 11C.9.8.6 |
| Originator External Address | | Present only if Bit 6 in Flags field = 1. This value is set to the external address, which is the source address of the MSDU (from outside the mesh BSS) that triggered the path discovery at the originator. |
| Lifetime | | The time for which mesh STAs receiving the PREQ consider the forwarding information to be valid, e.g., dot11MeshHWMPactivePathTimeout. |
| Metric | | Initial value of active path selection metric |
| Target Count | | N (N ≥ 1) |
| Per Target | Per Target Flags | Bit 0 (TO): dot11MeshHWMPtargetOnly <br> Bit 1: Reserved <br> Bit 2 (USN): 0 if forwarding information for Target Address with valid HWMP sequence number exists, 1 otherwise <br> Bit 3–7: Reserved |
| | Target Address | MAC address of requested target |
| | Target HWMP Sequence Number | If Per Target Flags Bit 2 (USN) is 0, the latest HWMP sequence number stored by the originator mesh STA for the target mesh STA from the forwarding information (see 11C.9.8.4). Otherwise, reserved. |

https://standards.ieee.org/standard/802_11s-2011.html

| transmitting a setup message from an originating network node to one of the destination network nodes to prepare a subsequent | *The accused product practices transmitting a setup message (e.g., a mesh data frame) from an originating network (e.g., the accused product) node to one of the destination network nodes (e.g., the product to which frame is transmitted from the accused product) to prepare a subsequent transmission of data, such that a forwarding information item included in the setup message is to be read out.* | *[3:59-67]* ("In the connection setup message which is frequently also-called setup message, data fields containing various connection parameters, as a rule, are provided for this |

| | | |
|---|---|---|
| transmission of data, such that a forwarding information item included in the setup message is to be read out, and | *According to the standard, a source node transmits a mesh data frame to a destination node via the best path determined by the active path selection protocol. The source node transmits the mesh data frame including forwarding information item, wherein basic forwarding information includes destination address, next-hop address, precursor list and lifetime of the forwarding information. A hop which lies in the determined best path, deciphers the frame and checks whether the frame is form peer address, destined for it and next-hop or destination node is reachable or not.*<br><br>**9.32.4.1 At source mesh STAs (individually addressed)**<br><br>MSDUs sent by a mesh STA (as a consequence of an MA-UNITDATA.request with an individual destination address) and destined to another mesh STA in the MBSS shall be transmitted using a frame with the four-address MAC header format (with the Address Extension Mode subfield in the Mesh Control field set to 00 (binary)), where the four address fields are set as follows (see row "Mesh Data (individually addressed)" in<br><br>*https://standards.ieee.org/standard/802_11-2012.html*<br><br>**5.2.2 MA-UNITDATA.request**<br><br>**5.2.2.1 Function**<br><br>This primitive requests a transfer of an MSDU from a local LLC sublayer entity to a single peer LLC sublayer entity, or multiple peer LLC sublayer entities in the case of group addresses.<br><br>*https://standards.ieee.org/standard/802_11-2012.html* | *purpose and are evaluated in the network nodes receiving the setup message. The transmission parameters established by the setup message apply to all data packets to be transmitted in the connection set up and do not therefore need to be specified in each one of these data packets.");* **[4:62-67] & [5:1-7]** *("The negotiable VPI/VCI proposal for the useful data packets in the prior art is replaced, according to the invention, by a forwarding information item, called pilot VPI/VCI, for the µ setup method ATMZ itself in the µ setup message ATMZ. The pilot VPI/VCI is used in each transit network node for determining an ongoing link and an ongoing pilot VPI/VCI which are allocated to the received pilot VPI/VCI in the transit network node, within a very short time.");* **[6:25-43]** *("A network node receiving* |

### 5.2.2.4 Effect of receipt

On receipt of this primitive, the MAC sublayer entity determines whether it is able to fulfill the request according to the requested parameters. A request that cannot be fulfilled according to the requested parameters is discarded, and this action is indicated to the LLC sublayer entity using an MA-UNITDATA-STATUS.indication primitive that describes why the MAC was unable to fulfill the request. If the request can be fulfilled according to the requested parameters, the MAC sublayer entity appends all MAC specified fields (including DA, SA, FCS, and all fields that are unique to IEEE Std 802.11), passes the properly formatted frame to the lower layers for transfer to a peer MAC sublayer entity or entities (see 5.1.4), and indicates this action to the LLC sublayer entity using an MA-UNITDATA-STATUS.indication primitive with transmission status set to Successful.

*https://standards.ieee.org/standard/802_11-2012.html*

### 9.22.4 Addressing and forwarding of individually addressed Mesh Data frames

### 9.22.4.1 At source mesh STAs (individually addressed)

MSDUs sent by a mesh STA (as a consequence of an MA-UNITDATA.request with an individual destination address) and destined to another mesh STA in the MBSS shall be transmitted using a frame with the four-address MAC header format [with the Address Extension Mode subfield in the Mesh Control field set to 00 (binary)], where the four address fields are set as follows [see row "Mesh Data (individually addressed)" in Table 9-13]:

— Address 1: The address of the next-hop mesh STA (toward the destination mesh STA according to the forwarding information—see 9.22.2)

— Address 2: The address of the transmitter mesh STA

— Address 3: The address of the destination mesh STA

— Address 4: The address of the source mesh STA

*https://standards.ieee.org/standard/802_11s-2011.html*

*a setup datagram calls up a processing routine which recognizes immediately ongoing links and the source routing information, in each case to be forwarded by these links, of the respective adjoining routing branch, by means of the received source routing information. The network node assigns to each detected ongoing link a "continuation" pilot VPI/VCI and generates entries for the switching table, in such a manner that later, if a μ setup message ATMZ should come to this network node, it can address and evaluate the correct switching table entry in order to forward this μ setup message ATMZ in the direction of the pilot destination node ZK.");*





**Figure 9-38—Example addressing for a Mesh Data frame**

*https://standards.ieee.org/standard/802_11s-2011.html*

### 9.22.4.2 At intermediate and destination mesh STAs (individually addressed)

On receipt of an individually addressed Mesh Data frame, a mesh STA shall perform the following:

a)  The mesh STA shall decipher the frame and check it for authenticity. If it is not from a peer mesh STA, the frame shall be silently discarded.

b)  The mesh STA shall check to see whether the MAC address in the Address 3 field is a known destination address; if it is an unknown destination address, the mesh STA may perform any of the following three actions:

1)  Silently discard the frame.

2)  Trigger a path discovery procedure depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.9.3 Case A.

3)  Inform the mesh STA in Address 2 that the destination is unreachable depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.11.3 Case B.

c)  If Address 2 is not one of the precursors for this destination mesh STA (see 9.22.2), the frame shall be discarded.

*https://standards.ieee.org/standard/802_11s-2011.html*

| using the allocation rule, forwarding the | *The accused product practices using the allocation rule, forwarding the setup message (e.g., a mesh data frame) via a link allocated to the forwarding information item in the network node,* | *[3:59-67]    ("In    the connection  setup  message* |
|---|---|---|

| | | |
|---|---|---|
| setup message via a link allocated to the forwarding information item in the network node, after replacement of the forwarding information item in the setup message by the new forwarding information item allocated to the former forwarding information item. | *after replacement of the forwarding information item in the setup message by the new forwarding information item allocated to the former forwarding information item.*<br><br>*According to IEEE 802.11s standard, an active path selection protocol is followed to determine the best path to a destination node. A source node transmits a mesh data frame to the destination node via the determined best path. A hop which lies in the path receives the frame and checks whether frame is destined for it, determining it is not the destination, it updates forwarding information, i.e., next-hop address, precursor list and lifetime of the forwarding information, and forwards the frame to the next node.*<br><br>**9.32.4.1 At source mesh STAs (individually addressed)**<br><br>MSDUs sent by a mesh STA (as a consequence of an MA-UNITDATA.request with an individual destination address) and destined to another mesh STA in the MBSS shall be transmitted using a frame with the four-address MAC header format (with the Address Extension Mode subfield in the Mesh Control field set to 00 (binary)), where the four address fields are set as follows (see row "Mesh Data (individually addressed)" in<br><br>*https://standards.ieee.org/standard/802_11-2012.html*<br><br>**5.2.2 MA-UNITDATA.request**<br><br>**5.2.1 Function**<br><br>This primitive requests a transfer of an MSDU from a local LLC sublayer entity to a single peer LLC sublayer entity, or multiple peer LLC sublayer entities in the case of group addresses.<br><br>*https://standards.ieee.org/standard/802_11-2012.html* | *which is frequently also-called setup message, data fields containing various connection parameters, as a rule, are provided for this purpose and are evaluated in the network nodes receiving the setup message. The transmission parameters established by the setup message apply to all data packets to be transmitted in the connection set up and do not therefore need to be specified in each one of these data packets.");* ***[4:62-67] & [5:1-7]*** *("The negotiable VPI/VCI proposal for the useful data packets in the prior art is replaced, according to the invention, by a forwarding information item, called pilot VPI/VCI, for the μ setup method ATMZ itself in the μ setup message ATMZ. The pilot VPI/VCI is used in each transit network node for determining an ongoing link and an ongoing pilot VPI/VCI which are* |

**5.2.2.4 Effect of receipt**

On receipt of this primitive, the MAC sublayer entity determines whether it is able to fulfill the request according to the requested parameters. A request that cannot be fulfilled according to the requested parameters is discarded, and this action is indicated to the LLC sublayer entity using an MA-UNITDATA-STATUS.indication primitive that describes why the MAC was unable to fulfill the request. If the request can be fulfilled according to the requested parameters, the MAC sublayer entity appends all MAC specified fields (including DA, SA, FCS, and all fields that are unique to IEEE Std 802.11), passes the properly formatted frame to the lower layers for transfer to a peer MAC sublayer entity or entities (see 5.1.4), and indicates this action to the LLC sublayer entity using an MA-UNITDATA-STATUS.indication primitive with transmission status set to Successful.

*https://standards.ieee.org/standard/802_11-2012.html*

**9.22.4 Addressing and forwarding of individually addressed Mesh Data frames**

**9.22.4.1 At source mesh STAs (individually addressed)**

MSDUs sent by a mesh STA (as a consequence of an MA-UNITDATA.request with an individual destination address) and destined to another mesh STA in the MBSS shall be transmitted using a frame with the four-address MAC header format [with the Address Extension Mode subfield in the Mesh Control field set to 00 (binary)], where the four address fields are set as follows [see row "Mesh Data (individually addressed)" in Table 9-13]:

— Address 1: The address of the next-hop mesh STA (toward the destination mesh STA according to the forwarding information—see 9.22.2)

— Address 2: The address of the transmitter mesh STA

— Address 3: The address of the destination mesh STA

— Address 4: The address of the source mesh STA

*https://standards.ieee.org/standard/802_11s-2011.html*

allocated to the received pilot VPI/VCI in the transit network node, within a very short time. For example, a corresponding switching or translation table, preferably a hardware table, can be indexed by a received pilot VPI/VCI. In this manner the μ setup message ATMZ can be transmitted at the speed of useful data ATM cells to the respective destination node."); **[6:25-43]** ("A network node receiving a setup datagram calls up a processing routine which recognizes immediately ongoing links and the source routing information, in each case to be forwarded by these links, of the respective adjoining routing branch, by means of the received source routing information. The network node assigns to each detected ongoing link a "continuation" pilot VPI/VCI and generates entries for the switching table, in such a manner that



**Figure 9-38—Example addressing for a Mesh Data frame**

*https://standards.ieee.org/standard/802_11s-2011.html*

NOTE 2—The forwarding of individually addressed Mesh Data frames uses only mesh STA addresses in fields Address 1, Address 2, Address 3, and Address 4. This allows intermediate mesh STAs to forward Mesh Data frames without necessarily having any knowledge of the addresses of the source and destination end stations, which might be external addresses. Thus, proxy information only needs to be maintained by proxy mesh gates and by source mesh STAs.

The term *source mesh STA* refers to the first mesh STA on a mesh path. A source mesh STA may be a mesh STA that is the initial source of an MSDU/MMPDU or a mesh STA that receives an MSDU/MMPDU from a mesh path or from a STA outside the mesh BSS and translates and forwards the MSDU/MMPDU on the mesh path. The address of the source mesh STA is referred to as the Mesh SA.

*https://standards.ieee.org/standard/802_11s-2011.html*

The term destination mesh STA refers to the final mesh STA on a mesh path. A destination mesh STA may be a mesh STA that is the final destination of an MSDU/MMPDU or a mesh STA that receives an MSDU/MMPDU from a mesh path and translates and forwards the MSDU/MMPDU on another mesh path or to a STA outside the mesh BSS. The address of the destination mesh STA is referred to as the Mesh DA.

In group addressed Mesh Data frames, Address 1 and Address 2 correspond to the group address and the mesh STA transmitter address (TA). Address 3 corresponds to the mesh source address (mesh SA) of the group addressed Mesh Data frame. The Address Extension Mode indicates the presence of an optional address extension field Address 4 in the Mesh Control field that corresponds to the source address (SA) of external STAs that communicate over the mesh BSS via proxy mesh gates.

*later, if a μ setup message ATMZ should come to this network node, it can address and evaluate the correct switching table entry in order to forward this μ setup message ATMZ in the direction of the pilot destination node ZK.");*



*https://standards.ieee.org/standard/802_11s-2011.html*

**9.22.4.2 At intermediate and destination mesh STAs (individually addressed)**

On receipt of an individually addressed Mesh Data frame, a mesh STA shall perform the following:

a)  The mesh STA shall decipher the frame and check it for authenticity. If it is not from a peer mesh STA, the frame shall be silently discarded.

b)  The mesh STA shall check to see whether the MAC address in the Address 3 field is a known destination address; if it is an unknown destination address, the mesh STA may perform any of the following three actions:

 1)  Silently discard the frame.

 2)  Trigger a path discovery procedure depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.9.3 Case A.

 3)  Inform the mesh STA in Address 2 that the destination is unreachable depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.11.3 Case B.

c)  If Address 2 is not one of the precursors for this destination mesh STA (see 9.22.2), the frame shall be discarded.

*https://standards.ieee.org/standard/802_11s-2011.html*

If Address 3 does not match the mesh STA's own address, but is a known individual destination MAC address in the forwarding information then the following actions are taken:

—  The lifetime of the forwarding information to the destination (Address 3) is set to its initial value.

—  The lifetime of the forwarding information to the source (Address 4) is set to its initial value.

—  The lifetime of the precursor list entry for the precursor to the destination (Address 2) is set to the maximum of the initial value and the current value.

—  The lifetime of the precursor list entry for the precursor to the source (next hop to the destination) is set to the maximum of the initial value and the current value.

—  The Mesh TTL in the corresponding Mesh Control field of the collected MSDU is decremented by 1. If zero has been reached, the MSDU shall be discarded.

—  If the MSDU has not been discarded, the mesh STA shall forward the MSDU via a frame with the Address 1 field set to the MAC address of the next-hop mesh STA as determined from the forwarding information (see 9.22.2) and the Address 2 field set to its own MAC address and queue the frame for transmission.

| | |
|---|---|
| | *https://standards.ieee.org/standard/802_11s-2011.html* |
| 2. The method as claimed in claim 1, wherein before the setup message is transmitted, the allocation rule is setup in the network nodes. | *The accused product practices the method for setting up a connection for a communication network having multiple nodes wherein before the setup message (e.g., a mesh data frame) is transmitted; the allocation rule (e.g., active path selection protocol) is setup in the network nodes.*<br><br>*According to IEEE 802.11s standard, an active path selection protocol is setup in the communication network before transmitting the setup message.*<br><br>**7.3.2.98 Mesh Configuration element**<br><br>**7.3.2.98.1 General**<br><br>The Mesh Configuration element shown in Figure 7-95o130 is used to advertise mesh services. It is contained in Beacon frames and Probe Response frames transmitted by mesh STAs, and is also contained in Mesh Peering Open and Mesh Peering Confirm frames.<br><br>|Element ID|Length|Active Path Selection Protocol Identifier|Active Path Selection Metric Identifier|Congestion Control Mode Identifier|Synchronization Method Identifier|Authentication Protocol Identifier|Mesh Formation Info|Mesh Capability|<br>|---|---|---|---|---|---|---|---|---|<br>|1|1|1|1|1|1|1|1|1|<br><br>Octets shown below headers.<br><br>**Figure 7-95o130—Mesh Configuration element format**<br><br>*https://standards.ieee.org/standard/802_11s-2011.html* | |

### 7.3.2.98.2 Active Path Selection Protocol Identifier

The Active Path Selection Protocol Identifier field indicates the path selection protocol that is currently activated in the MBSS. Table 7-43bj1 provides path selection protocol identifier values defined by this standard.

**Table 7-43bj1—Active Path Selection Protocol Identifier field values**

| Value | Meaning |
|-------|---------|
| 0 | Reserved |

*https://standards.ieee.org/standard/802_11s-2011.html*

**Table 7-43bj1—Active Path Selection Protocol Identifier field values** *(continued)*

| Value | Meaning |
|-------|---------|
| 1 | Hybrid wireless mesh protocol (default path selection protocol) defined in 11C.9 (default path selection protocol) |
| 2–254 | Reserved |
| 255 | Vendor specific (The active path selection protocol is specified in a Vendor Specific element) |

*https://standards.ieee.org/standard/802_11s-2011.html*

#### 5.2.14.5.9 Mesh path selection and forwarding

Mesh path selection enables path discovery over multiple instances of the wireless medium within a mesh BSS. The overview of the mesh path selection framework is described in 11C.7. The hybrid wireless mesh protocol (HWMP) is defined as the default path selection protocol for the mesh BSS. HWMP provides both proactive path selection and reactive path selection. The details of HWMP are described in 11C.9. The path selection protocol uses link metrics in the assessment of a mesh path to the destination. The airtime link metric is the default link metric. It is defined in 11C.8.

Once the mesh path of a particular pair of the source mesh STA and the destination mesh STA is found through the mesh path selection function, mesh STAs propagate the data by the forwarding function. The details of the forwarding function are described in 9.22.

As a result of the mesh path selection and forwarding, MSDUs are transmitted among all the mesh STAs in a mesh BSS, even if the mesh STAs are not neighbor STAs of each other. Figure 5-6d depicts the MSDU transfer within a mesh BSS.



https://standards.ieee.org/standard/802_11s-2011.html

**11C.9.3 On-demand path selection mode**

If a source mesh STA needs to find a path to a destination mesh STA using the on-demand path selection mode, it broadcasts a PREQ with the path target specified in the list of targets and the metric field initialized to the initial value of the active path selection metric.

When a mesh STA receives a new PREQ, it creates or updates its path information to the originator mesh STA and propagates the PREQ to its neighbor peer mesh STAs if the PREQ contains a greater HWMP sequence number, or the HWMP sequence number is the same as the current path and the PREQ offers a

https://standards.ieee.org/standard/802_11s-2011.html

better metric than the current path. Each mesh STA may receive multiple copies of the same PREQ that originated at the originator mesh STA, each PREQ traversing a unique path.

Whenever a mesh STA propagates a PREQ, the metric field in the PREQ is updated to reflect the cumulative metric of the path to the originator mesh STA. After creating or updating a path to the originator mesh STA, the target mesh STA sends an individually addressed PREP back to the originator mesh STA.

If the mesh STA that received a PREQ is the target mesh STA, it sends an individually addressed PREP back to the originator mesh STA after creating or updating a path to the originator mesh STA.

The PREQ provides the TO (Target Only) subfield that allows path selection to take advantage of existing paths to the target mesh STA by allowing an intermediate mesh STA to return a PREP to the originator mesh STA. If the TO (Target Only) subfield is 1, only the target mesh STA responds with a PREP. The effect of setting the TO (Target Only) subfield to 0 is the quick establishment of a path using the PREP generated by an intermediate mesh STA, allowing the forwarding of MSDUs with a low path selection delay. In order to select (or validate) the best path during the path selection procedure, the intermediate mesh STA that responded with a PREP propagates the PREQ with the TO (Target Only) subfield set to 1. This prevents all other intermediate mesh STAs on the way to the target from sending a PREP.

Intermediate mesh STAs create a path to the target mesh STA on receiving the PREP, and also forward the PREP toward the originator. When the originator receives the PREP, it creates a path to the target mesh STA. If the target mesh STA receives further PREQs with a better metric, then the target updates its path to the originator with the new path and also sends a new PREP to the originator along the updated path. A bidirectional, best metric end-to-end path is established between the originator and target mesh STA.

|  | *https://standards.ieee.org/standard/802_11s-2011.html*<br><br>**11C.9.4 Proactive tree building mode**<br><br>**11C.9.4.1 General**<br><br>There are two mechanisms for proactively disseminating path selection information for reaching the root mesh STA. The first method uses a *proactive* Path Request (PREQ) element and is intended to create paths between all mesh STAs and the root mesh STA in the network proactively.  The second method uses a Root Announcement (RANN) element and is intended to distribute path information for reaching the root mesh STA but there is no forwarding information created.<br><br>A mesh STA configured as root mesh STA sends either proactive PREQ or RANN elements periodically.<br><br>*https://standards.ieee.org/standard/802_11s-2011.html* |  |

**10.3.86.2 MLME-HWMPMESHPATHSELECTION.request**

**10.3.86.2.1 Function**

This primitive requests that the MAC entity establish or maintain a mesh path to the specified peer MAC entity by transmitting an HWMP Mesh Path Selection frame to the specified peer MAC entity.

**10.3.86.2.2 Semantics of the service primitive**

The primitive parameters are as follows:

MLME-HWMPMESHPATHSELECTION.request(

          PeerMACAddress,

          RootAnnouncement,

          PathRequest,

          PathReply,

          PathError,

          VendorSpecificInfo

          )

| Name | Type | Valid range | Description |
|---|---|---|---|
| PeerMACAddress | MAC Address | Any valid individual or group MAC address | Specifies the address of the peer MAC entity to which the HWMP Mesh Path Selection frame is sent. |
| RootAnnouncement | RANN element | As defined in 7.3.2.112 | A set of Root Announcement elements generated by the mesh STA. Present only if the mesh STA is configured as a root mesh STA using the proactive RANN mechanism [dot11MeshHWMProotMode = rann (4)], and as described in 11C.9.12. |
| PathRequest | PREQ element | As defined in 7.3.2.113 | A set of Path Request elements generated by the mesh STA. Present as described in 11C.9.9. |
| PathReply | PREP element | As defined in 7.3.2.114 | A set of Path Reply elements generated by the mesh STA. Present as described in 11C.9.10. |
| PathError | PERR element | As defined in 7.3.2.115 | A set of Path Error elements generated by the mesh STA. Present as described in 11C.9.11. |

*https://standards.ieee.org/standard/802_11s-2011.html*

**7.3.2.113 PREQ element**

The Path Request (PREQ) element is used for discovering a path to one or more target mesh STAs, path maintenance (optional), building a proactive (reverse) path selection tree to the root mesh STA, and confirming a path to a target mesh STA (optional). The PREQ element is transmitted in an HWMP Mesh Path Selection frame (see 7.4.15.3). The format of the PREQ element is shown in Figure 7-95o156.

| Element ID | Length | Flags | Hop Count | Element TTL | Path Discovery ID | Originator Mesh STA Address | Originator HWMP Sequence Number | Originator External Address | Lifetime |
|---|---|---|---|---|---|---|---|---|---|
| Octets: 1 | 1 | 1 | 1 | 1 | 4 | 6 | 4 | 0 or 6 | 4 |

| Metric | Target Count | Per Target Flags #1 | Target Address #1 | Target HWMP Sequence Number #1 | ... | Per Target Flags #N | Target Address #N | Target Sequence Number #N |
|---|---|---|---|---|---|---|---|---|
| 4 | 1 | 1 | 6 | 4 | ... | 1 | 6 | 4 |

**Figure 7-95o156—PREQ element format**

https://standards.ieee.org/standard/802_11s-2011.html

The Hop Count field is coded as an unsigned integer and is set to the number of hops from the originator to the mesh STA transmitting this element.

The Element TTL field is coded as an unsigned integer and indicates the remaining number of hops allowed for this element.

The Path Discovery ID field is coded as an unsigned integer and is set to some unique ID for this PathDiscovery.

The Originator Mesh STA Address field is represented as a 48-bit MAC address and is set to the originator MAC address.

The Originator HWMP Sequence Number field is coded as an unsigned integer and is set to the HWMP SN specific to the originator.

The Originator External Address field is the MAC address of an external STA proxied by the Originator. This field is only present if the AE subfield in the Flags field is set to 1 and is represented as a 48-bit MAC address.

The Lifetime field is coded as an unsigned integer and is set to the time for which mesh STAs receiving the PREQ consider the forwarding information to be valid. The lifetime is measured in TUs.

*https://standards.ieee.org/standard/802_11s-2011.html*

**11C.9.9 Path request (PREQ)**

**11C.9.9.1 General**

This subclause describes the function, generation, and processing of the Path Request (PREQ) element.

**11C.9.9.2 Function**

The PREQ element, described in 7.3.2.113, is used for the following three purposes:

— Discovering a path to one or more targets

— Building a proactive (reverse) path selection tree to the root mesh STA

— Path maintenance (optional)

**11C.9.9.3 Conditions for generating and sending a PREQ**

A mesh STA shall send a PREQ element in an HWMP Mesh Path Selection frame, as defined in 7.4.15.3, in the following cases:

*https://standards.ieee.org/standard/802_11s-2011.html*

**Table 11C-10—Contents of a PREQ element in Case A**

| Field | | Value |
|---|---|---|
| Element ID | | Value given in Table 7-26 for the PREQ element |
| Length | | 26 + N × 11 (if Bit 6 (AE subfield) in the Flags field = 0)<br>32 + N × 11 (if Bit 6 (AE subfield) in the Flags field = 1) |
| Flags | | Bit 0: 0 (gate announcement not applicable)<br>Bit 1: 0 (group addressed)<br>Bit 2: 0 (no proactive PREP applicable)<br>Bit 3–5: Reserved<br>Bit 6: (1 – if external address present, 0 – otherwise)<br>Bit 7: Reserved |
| Hop Count | | 0 |
| Element TTL | | Maximum number of hops allowed for this element, e.g.,<br>dot11MeshHWMPnetDiameter. |
| Path Discovery ID | | New unique Path Discovery ID, for instance, previous Path Discovery ID + 1 |
| Originator Mesh STA Address | | MAC address of the path originator |
| Originator HWMP Sequence Number | | Previous Originator HWMP SN + 1. See 11C.9.8.6 |
| Originator External Address | | Present only if Bit 6 in Flags field = 1. This value is set to the external address, which is the source address of the MSDU (from outside the mesh BSS) that triggered the path discovery at the originator. |
| Lifetime | | The time for which mesh STAs receiving the PREQ consider the forwarding information to be valid, e.g.,<br>dot11MeshHWMPactivePathTimeout. |
| Metric | | Initial value of active path selection metric |
| Target Count | | N (N ≥ 1) |
| Per Target | Per Target Flags | Bit 0 (TO): dot11MeshHWMPtargetOnly<br>Bit 1: Reserved<br>Bit 2 (USN): 0 if forwarding information for Target Address with valid HWMP sequence number exists, 1 otherwise<br>Bit 3–7: Reserved |
| | Target Address | MAC address of requested target |
| | Target HWMP Sequence Number | If Per Target Flags Bit 2 (USN) is 0, the latest HWMP sequence number stored by the originator mesh STA for the target mesh STA from the forwarding information (see 11C.9.8.4). Otherwise, reserved. |

*https://standards.ieee.org/standard/802_11s-2011.html*

**9.22.4 Addressing and forwarding of individually addressed Mesh Data frames**

**9.22.4.1 At source mesh STAs (individually addressed)**

MSDUs sent by a mesh STA (as a consequence of an MA-UNITDATA.request with an individual destination address) and destined to another mesh STA in the MBSS shall be transmitted using a frame with the four-address MAC header format [with the Address Extension Mode subfield in the Mesh Control field set to 00 (binary)], where the four address fields are set as follows [see row "Mesh Data (individually addressed)" in Table 9-13]:

— Address 1: The address of the next-hop mesh STA (toward the destination mesh STA according to the forwarding information—see 9.22.2)

— Address 2: The address of the transmitter mesh STA

— Address 3: The address of the destination mesh STA

— Address 4: The address of the source mesh STA

*https://standards.ieee.org/standard/802_11s-2011.html*



**Figure 9-38—Example addressing for a Mesh Data frame**

*https://standards.ieee.org/standard/802_11s-2011.html*

| | |
|---|---|
| | **9.22.4.2 At intermediate and destination mesh STAs (individually addressed)**<br><br>On receipt of an individually addressed Mesh Data frame, a mesh STA shall perform the following:<br><br>  a)  The mesh STA shall decipher the frame and check it for authenticity. If it is not from a peer mesh STA, the frame shall be silently discarded.<br><br>  b)  The mesh STA shall check to see whether the MAC address in the Address 3 field is a known destination address; if it is an unknown destination address, the mesh STA may perform any of the following three actions:<br><br>    1)  Silently discard the frame.<br><br>    2)  Trigger a path discovery procedure depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.9.3 Case A.<br><br>    3)  Inform the mesh STA in Address 2 that the destination is unreachable depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.11.3 Case B.<br><br>  c)  If Address 2 is not one of the precursors for this destination mesh STA (see 9.22.2), the frame shall be discarded.<br><br>*https://standards.ieee.org/standard/802_11s-2011.html* | |
| 3. The method as claimed in claim 1 wherein, in a network node receiving a setup message the forwarding information item included in the setup message is replaced by a new forwarding information item allocated to the forwarding information item in the network node, by means of which new information | *The accused product practices such that in a network node receiving a setup message the forwarding information item included in the setup message is replaced by a new forwarding information item allocated to the forwarding information item in the network node, by means of which new information item the setup message is then forwarded.*<br><br>*According to IEEE 802.11s standard, an active path selection protocol is followed to determine the best path to a destination node. A source node transmits a mesh data frame to the destination node via the determined best path. A hop which lies in the path receives the frame and checks whether frame is destined for it, determining it is not the destination, it updates forwarding information, i.e., next-hop address, precursor list and lifetime of the forwarding information, and forwards the frame to the next node.* | |

| item the setup message is then forwarded. | **9.32.4.1 At source mesh STAs (individually addressed)**<br><br>MSDUs sent by a mesh STA (as a consequence of an MA-UNITDATA.request with an individual destination address) and destined to another mesh STA in the MBSS shall be transmitted using a frame with the four-address MAC header format (with the Address Extension Mode subfield in the Mesh Control field set to 00 (binary)), where the four address fields are set as follows (see row "Mesh Data (individually addressed)" in<br><br>*https://standards.ieee.org/standard/802_11-2012.html*<br><br>**5.2.2 MA-UNITDATA.request**<br><br>**5.2.2.1 Function**<br><br>This primitive requests a transfer of an MSDU from a local LLC sublayer entity to a single peer LLC sublayer entity, or multiple peer LLC sublayer entities in the case of group addresses.<br><br>*https://standards.ieee.org/standard/802_11-2012.html*<br><br>**5.2.2.4 Effect of receipt**<br><br>On receipt of this primitive, the MAC sublayer entity determines whether it is able to fulfill the request according to the requested parameters. A request that cannot be fulfilled according to the requested parameters is discarded, and this action is indicated to the LLC sublayer entity using an MA-UNITDATA-STATUS.indication primitive that describes why the MAC was unable to fulfill the request. If the request can be fulfilled according to the requested parameters, the MAC sublayer entity appends all MAC specified fields (including DA, SA, FCS, and all fields that are unique to IEEE Std 802.11), passes the properly formatted frame to the lower layers for transfer to a peer MAC sublayer entity or entities (see 5.1.4), and indicates this action to the LLC sublayer entity using an MA-UNITDATA-STATUS.indication primitive with transmission status set to Successful.<br><br>*https://standards.ieee.org/standard/802_11-2012.html* | |

**9.22.4 Addressing and forwarding of individually addressed Mesh Data frames**

**9.22.4.1 At source mesh STAs (individually addressed)**

MSDUs sent by a mesh STA (as a consequence of an MA-UNITDATA.request with an individual destination address) and destined to another mesh STA in the MBSS shall be transmitted using a frame with the four-address MAC header format [with the Address Extension Mode subfield in the Mesh Control field set to 00 (binary)], where the four address fields are set as follows [see row "Mesh Data (individually addressed)" in Table 9-13]:

— Address 1: The address of the next-hop mesh STA (toward the destination mesh STA according to the forwarding information—see 9.22.2)

— Address 2: The address of the transmitter mesh STA

— Address 3: The address of the destination mesh STA

— Address 4: The address of the source mesh STA

*https://standards.ieee.org/standard/802_11s-2011.html*



**Figure 9-38—Example addressing for a Mesh Data frame**

*https://standards.ieee.org/standard/802_11s-2011.html*

NOTE 2—The forwarding of individually addressed Mesh Data frames uses only mesh STA addresses in fields Address 1, Address 2, Address 3, and Address 4. This allows intermediate mesh STAs to forward Mesh Data frames without necessarily having any knowledge of the addresses of the source and destination end stations, which might be external addresses. Thus, proxy information only needs to be maintained by proxy mesh gates and by source mesh STAs.

The term *source mesh STA* refers to the first mesh STA on a mesh path. A source mesh STA may be a mesh STA that is the initial source of an MSDU/MMPDU or a mesh STA that receives an MSDU/MMPDU from a mesh path or from a STA outside the mesh BSS and translates and forwards the MSDU/MMPDU on the mesh path. The address of the source mesh STA is referred to as the Mesh SA.

*https://standards.ieee.org/standard/802_11s-2011.html*

The term destination mesh STA refers to the final mesh STA on a mesh path. A destination mesh STA may be a mesh STA that is the final destination of an MSDU/MMPDU or a mesh STA that receives an MSDU/MMPDU from a mesh path and translates and forwards the MSDU/MMPDU on another mesh path or to a STA outside of the mesh BSS. The address of the destination mesh STA is referred to as the Mesh DA.

In group addressed Mesh Data frames, Address 1 and Address 2 correspond to the group address and the mesh STA transmitter address (TA). Address 3 corresponds to the mesh source address (mesh SA) of the group addressed Mesh Data frame. The Address Extension Mode indicates the presence of an optional address extension field Address 4 in the Mesh Control field that corresponds to the source address (SA) of external STAs that communicate over the mesh BSS via proxy mesh gates.

*https://standards.ieee.org/standard/802_11s-2011.html*

**9.22.4.2 At intermediate and destination mesh STAs (individually addressed)**

On receipt of an individually addressed Mesh Data frame, a mesh STA shall perform the following:

a)   The mesh STA shall decipher the frame and check it for authenticity. If it is not from a peer mesh STA, the frame shall be silently discarded.

b)   The mesh STA shall check to see whether the MAC address in the Address 3 field is a known destination address; if it is an unknown destination address, the mesh STA may perform any of the following three actions:

   1)   Silently discard the frame.

   2)   Trigger a path discovery procedure depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.9.3 Case A.

   3)   Inform the mesh STA in Address 2 that the destination is unreachable depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.11.3 Case B.

c)   If Address 2 is not one of the precursors for this destination mesh STA (see 9.22.2), the frame shall be discarded.

*https://standards.ieee.org/standard/802_11s-2011.html*

If Address 3 does not match the mesh STA's own address, but is a known individual destination MAC address in the forwarding information then the following actions are taken:

—   The lifetime of the forwarding information to the destination (Address 3) is set to its initial value.

—   The lifetime of the forwarding information to the source (Address 4) is set to its initial value.

—   The lifetime of the precursor list entry for the precursor to the destination (Address 2) is set to the maximum of the initial value and the current value.

—   The lifetime of the precursor list entry for the precursor to the source (next hop to the destination) is set to the maximum of the initial value and the current value.

—   The Mesh TTL in the corresponding Mesh Control field of the collected MSDU is decremented by 1. If zero has been reached, the MSDU shall be discarded.

—   If the MSDU has not been discarded, the mesh STA shall forward the MSDU via a frame with the Address 1 field set to the MAC address of the next-hop mesh STA as determined from the forwarding information (see 9.22.2) and the Address 2 field set to its own MAC address and queue the frame for transmission.

*https://standards.ieee.org/standard/802_11s-2011.html*

| 7. The method as claimed in claim 3, wherein in each case the new forwarding information item allocated to a forwarding information item in one of the network nodes is allocated, in the network node connected via the link also allocated and leading in the direction of the respective destination node, as forwarding information to a link leading in the direction of the same destination network node. | *The accused product practices such that in each case the new forwarding information item allocated to a forwarding information item in one of the network nodes is allocated, in the network node connected via the link also allocated and leading in the direction of the respective destination node, as forwarding information to a link leading in the direction of the same destination network node.*<br><br>*According to IEEE 802.11s standard, an active path selection protocol is followed to determine the best path to a destination node. A source node transmits a mesh data frame to the destination node via the determined best path. A hop which lies in the path receives the frame and checks whether frame is destined for it, determining it is not the destination, it updates forwarding information, i.e., next-hop address, precursor list and lifetime of the forwarding information, and forwards the frame to the next node.*<br><br>**9.32.4.1 At source mesh STAs (individually addressed)**<br><br>MSDUs sent by a mesh STA (as a consequence of an MA-UNITDATA.request with an individual destination address) and destined to another mesh STA in the MBSS shall be transmitted using a frame with the four-address MAC header format (with the Address Extension Mode subfield in the Mesh Control field set to 00 (binary)), where the four address fields are set as follows (see row "Mesh Data (individually addressed)" in<br><br>*https://standards.ieee.org/standard/802_11-2012.html*<br><br>**5.2.2 MA-UNITDATA.request**<br><br>**5.2.2.1 Function**<br><br>This primitive requests a transfer of an MSDU from a local LLC sublayer entity to a single peer LLC sublayer entity, or multiple peer LLC sublayer entities in the case of group addresses.<br><br>*https://standards.ieee.org/standard/802_11-2012.html* | |

### 5.2.2.4 Effect of receipt

On receipt of this primitive, the MAC sublayer entity determines whether it is able to fulfill the request according to the requested parameters. A request that cannot be fulfilled according to the requested parameters is discarded, and this action is indicated to the LLC sublayer entity using an MA-UNITDATA-STATUS.indication primitive that describes why the MAC was unable to fulfill the request. If the request can be fulfilled according to the requested parameters, the MAC sublayer entity appends all MAC specified fields (including DA, SA, FCS, and all fields that are unique to IEEE Std 802.11), passes the properly formatted frame to the lower layers for transfer to a peer MAC sublayer entity or entities (see 5.1.4), and indicates this action to the LLC sublayer entity using an MA-UNITDATA-STATUS.indication primitive with transmission status set to Successful.

*https://standards.ieee.org/standard/802_11-2012.html*

### 9.22.4 Addressing and forwarding of individually addressed Mesh Data frames

### 9.22.4.1 At source mesh STAs (individually addressed)

MSDUs sent by a mesh STA (as a consequence of an MA-UNITDATA.request with an individual destination address) and destined to another mesh STA in the MBSS shall be transmitted using a frame with the four-address MAC header format [with the Address Extension Mode subfield in the Mesh Control field set to 00 (binary)], where the four address fields are set as follows [see row "Mesh Data (individually addressed)" in Table 9-13]:

— Address 1: The address of the next-hop mesh STA (toward the destination mesh STA according to the forwarding information—see 9.22.2)

— Address 2: The address of the transmitter mesh STA

— Address 3: The address of the destination mesh STA

— Address 4: The address of the source mesh STA

*https://standards.ieee.org/standard/802_11s-2011.html*



**Figure 9-38—Example addressing for a Mesh Data frame**

*https://standards.ieee.org/standard/802_11s-2011.html*

NOTE 2—The forwarding of individually addressed Mesh Data frames uses only mesh STA addresses in fields Address 1, Address 2, Address 3, and Address 4. This allows intermediate mesh STAs to forward Mesh Data frames without necessarily having any knowledge of the addresses of the source and destination end stations, which might be external addresses. Thus, proxy information only needs to be maintained by proxy mesh gates and by source mesh STAs.

The term *source mesh STA* refers to the first mesh STA on a mesh path. A source mesh STA may be a mesh STA that is the initial source of an MSDU/MMPDU or a mesh STA that receives an MSDU/MMPDU from a mesh path or from a STA outside the mesh BSS and translates and forwards the MSDU/MMPDU on the mesh path. The address of the source mesh STA is referred to as the Mesh SA.

*https://standards.ieee.org/standard/802_11s-2011.html*

The term destination mesh STA refers to the final mesh STA on a mesh path. A destination mesh STA may be a mesh STA that is the final destination of an MSDU/MMPDU or a mesh STA that receives an MSDU/ MMPDU from a mesh path and translates and forwards the MSDU/MMPDU on another mesh path or to a STA outside the mesh BSS. The address of the destination mesh STA is referred to as the Mesh DA.

In group addressed Mesh Data frames, Address 1 and Address 2 correspond to the group address and the mesh STA transmitter address (TA). Address 3 corresponds to the mesh source address (mesh SA) of the group addressed Mesh Data frame. The Address Extension Mode indicates the presence of an optional address extension field Address 4 in the Mesh Control field that corresponds to the source address (SA) of external STAs that communicate over the mesh BSS via proxy mesh gates.

*https://standards.ieee.org/standard/802_11s-2011.html*

**9.22.4.2 At intermediate and destination mesh STAs (individually addressed)**

On receipt of an individually addressed Mesh Data frame, a mesh STA shall perform the following:

a)  The mesh STA shall decipher the frame and check it for authenticity. If it is not from a peer mesh STA, the frame shall be silently discarded.

b)  The mesh STA shall check to see whether the MAC address in the Address 3 field is a known destination address; if it is an unknown destination address, the mesh STA may perform any of the following three actions:

   1)  Silently discard the frame.

   2)  Trigger a path discovery procedure depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.9.3 Case A.

   3)  Inform the mesh STA in Address 2 that the destination is unreachable depending on the path selection protocol that is currently active in the mesh BSS. For HWMP, see 11C.9.11.3 Case B.

c)  If Address 2 is not one of the precursors for this destination mesh STA (see 9.22.2), the frame shall be discarded.

*https://standards.ieee.org/standard/802_11s-2011.html*

If Address 3 does not match the mesh STA's own address, but is a known individual destination MAC address in the forwarding information then the following actions are taken:

— The lifetime of the forwarding information to the destination (Address 3) is set to its initial value.
— The lifetime of the forwarding information to the source (Address 4) is set to its initial value.
— The lifetime of the precursor list entry for the precursor to the destination (Address 2) is set to the maximum of the initial value and the current value.
— The lifetime of the precursor list entry for the precursor to the source (next hop to the destination) is set to the maximum of the initial value and the current value.
— The Mesh TTL in the corresponding Mesh Control field of the collected MSDU is decremented by 1. If zero has been reached, the MSDU shall be discarded.
— If the MSDU has not been discarded, the mesh STA shall forward the MSDU via a frame with the Address 1 field set to the MAC address of the next-hop mesh STA as determined from the forwarding information (see 9.22.2) and the Address 2 field set to its own MAC address and queue the frame for transmission.

*https://standards.ieee.org/standard/802_11s-2011.html*